UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS' PENSION TRUST FUND-DETROIT
& VICINITY; LABORERS' VACATION & HOLIDAY
TRUST FUND-DETROIT & VICINITY; LABORERS'
METROPOLITAN DETROIT HEALTH & WELFARE
FUND; LABORERS' ANNUITY FUND-DETROIT &
VICINITY; and the MICHIGAN LABORERS'
TRAINING FUND, trust funds established under, and
administered pursuant to, federal law,            Case No. 2:07-cv-15335

    Plaintiffs                                              Hon. Paul D. Borman
v

Q.B.K. CONSTRUCTION, LLC, a domestic
Michigan limited liability company,

    Defendant.
_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE

This Court issued an Order to Show Cause on July 1, 2008 [Docket No. 46] ordering Keith Duane Thomas ("Thomas") to appear on August 27, 2008 and show cause why he should not be held in contempt of court for failing to appear for a judgment debtor examination. Thomas appeared before the Court on August 27, 2008 and was ordered to appear at the offices of Erman, Teicher, Miller, Zucker, and Freedman, P.C. on September 10, 2008 at 10:30 AM for a judgment debtor examination. Thomas appeared on September 10, 2008 for the judgment debtor examination as ordered. Now therefore,

    IT IS HEREBY ORDERED that the Order to Show Cause issued on July 1, 2008 [Docket

No. 46] is dismissed.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 11, 2008.

                                              s/Denise Goodine
                                              Case Manager